**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02498-CMA

CHARLES E. KNIGHT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## ORDER SETTING ORAL ARGUMENT

---

    This matter comes before the Court following review of the file, administrative record and briefs submitted.

    IT IS THEREFORE ORDERED that an oral argument hearing will be held on **Thursday, September 24, 2009 at 8:30 a.m.,** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado.  Oral argument will be limited to 15 minutes per side.

    DATED:  June 23, 2009

                                                                 BY THE COURT:

                                                                 _____
                                                                 CHRISTINE M. ARGUELLO
                                                                 United States District Judge