IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02498-CMA

CHARLES E. KNIGHT,

    Plaintiff,

v.

MICHAEL J. ASTURE, Commissioner of Social Security,

    Defendant.

_____

**ORDER REMANDING CASE TO THE COMMISSIONER OF SOCIAL SECURITY**
_____

    Pursuant to and in accordance with the Order and Judgment issued by the United States Court of Appeal (Doc. # 38), filed July 21, 2010, and the Mandate of the United States Court of Appeal (Doc. #39), filed September 13, 2010, it is

    ORDERED that this case is REVERSED and REMANDED to the Administrative Law Judge for further proceedings in accordance with the United States Court of Appeal's July 21, 2010 Order.

    DATED: November 8, 2010.

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge